UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


**ALEXANDER L. KAPLAN and**
**DENISE A. KAPLAN,**

      **Plaintiffs,**

V.                                           Case No:  2:11-CV-574-FtM-UASPC

**AMTRUST BANK, OHIO SAVINGS**
**BANK, LENTZ APPRAISAL**
**GROUP, INC., GARRETT A. LAW,**
**SUSAN K. LAW, COUNTRYWIDE**
**HOME LOANS, INC. and CHASE**
**HOME FINANCE LLC**

      **Defendants.**

_____/

## ORDER

This matter comes before the Court on The Defendant, FDIC as Receiver's Motion for Entry of Proposed Case Management Report (Doc. #21) filed on December 6, 2011.  On December 9, 2011, the Parties held the Case Management and Scheduling Conference via telephone.  All the Defendants agreed to the dates submitted, however, the Plaintiff, Alexander Kaplan refused to sign the Case Management Report because he demanded that the case be set on the June 2013 trial calendar.

The Plaintiff, Alexander Kaplan claims to have three other cases proceeding to trial prior to the June 2013 trial calendar and refuses to agree to any dates prior to that term.  Although, the Plaintiff, Alexander Kaplan, is proceeding *pro se* in this case, he is an attorney and therefore, understands that the Court has guidelines that aid the Court in determining the deadlines within

the Case Management and Scheduling Order as well as when a case should go to trial. The Plaintiff Kaplan objects to the Case Management Report and demands a longer period of time to set the case for trial because he claims he has other cases to litigate. The Plaintiff as an attorney knows that he is responsible for his own caseload and that he is required to cooperate with the opposing party in scheduling, discovery and meeting the Court's deadlines.

Accordingly, it is now

**ORDERED:**

The Defendant, FDIC as Receiver's Motion for Entry of Proposed Case Management Report (Doc. #21) is **GRANTED**. The Court will issue a Case Management and Scheduling Order under separate cover taking into consideration the proposed deadlines and the Court's guidelines for bringing a case to trial in a timely manner.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th Day of February, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record